IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| GERALD B. NELSON, III,     ) | |
|                                ) | |
|     Plaintiff,          ) | |
|                                ) | CIVIL ACTION NO. |
|     v.                           ) | 3:10cv1005-MHT |
|                                ) | (WO) |
| RUSSELL COUNTY BOARD OF    ) | |
| EDUCATION, et al.,           ) | |
|                                ) | |
|     Defendants.        ) | |

## ORDER

The complaint improperly names defendant WTVM Channel 9 as "WVTM Channel 9." Pursuant to an oral order entered during the on-the-record pretrial conference held on June 8, 2012, it is ORDERED that the docket and the pleadings are amended to change the improperly named defendant WVTM Channel 9 to WTVM Channel 9.

DONE, this the 11th day of June, 2012.

                                       /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE