IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
GERALD B. NELSON, III,        )
                              )
    Plaintiff,                )
                              )       CIVIL ACTION NO.
    v.                        )         3:10cv1005-MHT
                              )             (WO)
RUSSELL COUNTY BOARD OF       )
EDUCATION, et al.,            )
                              )
    Defendants.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants Russell County Board of Education, WTVM Channel 9, Lalanya Almesha Ramsey, and Yvette M. Richardson's motions for summary judgment (Doc. Nos. 57, 59, 61 & 70) are granted.

(2) Judgment is entered in favor of defendants Russell County Board of Education, WTVM Channel 9, Ramsey, and Richardson and against plaintiff Gerald B.

Nelson, III, with plaintiff Nelson taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Nelson, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 11th day of June, 2012.

                              /s/ Myron H. Thompson  
                              UNITED STATES DISTRICT JUDGE